Submitted December 5, 2014, appeal dismissed February 11, 2015

Arthur W. SCHULT, III,
and Susan Schult, husband and wife;
and Curtis P. Arndt,
*Plaintiffs-Respondents,*

*v.*

Robert ALBRING,
et. al.,
*Defendants,*

*and*

Robert GRUNTZ,
*Defendant-Appellant.*

Jefferson County Circuit Court
08CV0066; A149090

344 P3d 32

Robert Gruntz filed the briefs *pro se.*

Michael W. Peterkin and Peterkin & Associates filed the brief for respondents.

Before Duncan, Presiding Judge, and Lagesen, Judge, and Flynn, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals after the trial court entered a judgment of dismissal without prejudice that released a previously posted bond. A discussion of his contentions would not benefit the bench, the bar, or the public. It suffices to say that his appeal does not present a justiciable controversy and must be dismissed.

Appeal dismissed.